# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

---

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For Organizational Defendants) |
| v. | CASE NUMBER: 16-mj-01063-MJW |
| FLORIDA CIRTECH, INC. | Gregory Goldberg (Defendant Organization's Attorney) |
| | Anna K. Edgar (Assistant United States Attorney) |

**THE DEFENDANT ORGANIZATION:** Pleaded guilty to Counts 1 through 4 of the Information.

**ACCORDINGLY,** the court has adjudicated that the organizational defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 33 U.S.C. § 1319(c)(1)(A) | Clean Water Act | 01/22/13 | 1 |
| 33 U.S.C. § 1319(c)(1)(A) | Clean Water Act | 09/17/13 | 2 |
| 33 U.S.C. § 1319(c)(1)(A) | Clean Water Act | 09/19/13 | 3 |
| 33 U.S.C. § 1319(c)(1)(A) | Clean Water Act | 09/17/13 | 4 |

The defendant organization is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant organization shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization shall notify the court and United States Attorney of any material change in the organization's economic circumstances.

Defendant Organization's Federal
Employer I.D.: 58-1933989

Defendant Organization's Business Address:
1309 N. 17th Avenue
Greeley, Colorado 80631

Defendant Organization's Mailing Address:
SAME

April 25, 2016
Date of Imposition of Judgment

_____
Signature of Judicial Officer

Michael J. Watanabe, U.S. Magistrate Judge
Name & Title of Judicial Officer

May 2, 2016
Date

DEFENDANT: FLORIDA CIRTECH, INC.
CASE NUMBER: 16-mj-01063-MJW                                    Judgment-Page 2 of 5

## PROBATION

The defendant organization is hereby placed on unsupervised probation for a term of two (2) years, concurrently.

The defendant organization shall not commit another federal, state, or local crime.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant organization pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Monetary Obligations sheet of this judgment.

The defendant organization shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant organization shall also comply with the additional conditions set forth below.

### STANDARD CONDITIONS OF SUPERVISION

1) Within 30 days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organization's representative and to be the primary contact with the probation officer.
2) The defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
3) The defendant organization shall notify the probation officer at least ten days prior to any change in principal business or mailing address.
4) The defendant organization shall permit a probation officer to visit the organization at any of its operating business sites.
5) The defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization.
6) The defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees.
7) The defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

### ADDITIONAL CONDITIONS OF SUPERVISION

1) FCT shall be responsible for drafting the Environmental Compliance Plan (ECP) and must be completed as identified in the Plea Agreement. FCT may either (1) draft the ECP and obtain review and approval of the ECP by a third-party auditor with education and experience in environmental compliance and auditing, or (2) hire a third-party auditor with education and experience in environmental compliance and auditing to draft the ECP.

2) A copy of the final ECP will be delivered to the EPA, GWPCF and the USAO within six months of the date of sentencing.

DEFENDANT: FLORIDA CIRTECH, INC.
CASE NUMBER: 16-mj-01063-MJW                                              Judgment-Page 3 of 5

3) One year after completion of the ECP, a third-party auditor with education and experience in environmental compliance and auditing shall conduct an audit of FCT's compliance with the ECP. The auditor shall provide a copy of the audit to the EPA, GWPCF, and the USAO.

DEFENDANT: FLORIDA CIRTECH, INC.
CASE NUMBER: 16-mj-01063-MJW                                      Judgment-Page 4 of 5

## MONETARY OBLIGATIONS

The defendant organization shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $25.00 | $80,000.00 | $0.00 |
| 2 | $25.00 | $0.00 | $0.00 |
| 3 | $25.00 | $0.00 | $0.00 |
| 4 | $25.00 | $0.00 | $0.00 |
| **TOTALS** | **$100.00** | **$80,000.00** | **$0.00** |

Interest on the fine will be waived, upon the court's finding that the defendant organization does not have the ability to pay interest.

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT: FLORIDA CIRTECH, INC.
CASE NUMBER: 16-mj-01063-MJW                                                              Judgment-Page 5 of 5

## SCHEDULE OF PAYMENTS

Having assessed the defendant organization's ability to pay, payment of the total monetary obligations shall be due as follows:

The special assessment shall be payable immediately. The fine obligation shall be paid as follows: $30,000 due immediately; $30,000 paid to GWPCF, City of Greeley, c/o Water & Sewer Dept., 1100 10th Street, Suite 300, Greeley, Colorado 80631, due within 12 months of sentencing; $20,000 due as payment of community service to the Poudre River Trail Corridor, 1100 10th Street, #210, Greeley, Colorado 80631, due within 18 months of sentencing.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant organization shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order: (1) special assessment, (2) fine principal.